[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 28, 2011
JOHN LEY
CLERK

_____

No. 08-16659
Non-Argument Calendar

_____

D.C. Docket No. 08-00214-CR-7-RDP-TMP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE SANTOS MEJIA-VALLE,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

(June 28, 2011)

Before TJOFLAT, EDMONDSON and KRAVITCH, Circuit Judges.

PER CURIAM:

William Brower, appointed counsel for Jose Santos Mejia-Valle, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mejia-Valle's conviction and sentence are **AFFIRMED**.